# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 1, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2023

**MEMO ENDORSED**

**VIA CM/ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, New York 10007

  Re: **Norris v. Panna USA LLC, et al**
    **Case 1:22-cv-10612-VEC**

Dear Judge Caproni:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pre-Trial Conference in this matter is currently scheduled for April 14, 2023 at 10:00 a.m. in Your Honor's Courtroom. However, the Defendants have not yet appeared in this matter, having been properly served through the Secretary of State.

  For this reason, Plaintiff respectfully requests an adjournment of this Conference to 30-days after the date of the Conference, or any another date most convenient to the Court, in order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear.

  This is the undersigned counsel's first request for adjournment. Thank you for your consideration of this request.

Sincerely,

By: /S/ B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW 9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: bbw@weitzfirm.com

---

Application DENIED in part. The initial pretrial conference scheduled for April 14, 2023, is CANCELLED. Defendants' deadline to answer or otherwise respond to the Complaint remains **April 14, 2023**, pursuant to the Court's order at docket entry 7. If Defendants fail to answer or otherwise respond by April 14, 2023, Plaintiff's deadline to move for default judgment in accordance with the Undersigned's Individual Practices is **April 19, 2023**. Plaintiff must serve a copy of this order on Defendants and file proof of service on the docket by **April 5, 2023**.

SO ORDERED.

*[Signature: Valerie Caproni]* 04/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE