

**MKC LAW GROUP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2023
```

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

April 21, 2023

<u>Via ECF; Total Pages: 1</u>
Hon. Valerie E. Caproni U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, NY 10007

    Re:    Norris v. Panna USA LLC et al
            Docket No. 1:22-cv-10612-VEC

Dear Judge Caproni:

    This office represents defendant 93 First LLC in the above-referenced matter. I am writing to respectfully request an adjournment of the Initial Pretrial Conference scheduled for May 26, 2023 at 10:00 a.m. I have a previously scheduled deposition which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and they consent to this adjournment request. The parties respectfully submit June 6, 8, and 9 at 10:00 a.m. for the court's consideration for rescheduling. This is the first request for adjournment in this matter.

    Thank you for your kind consideration and courtesies in regard to this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/nh
cc: Plaintiff's counsel (via ECF)

---

Application GRANTED. The initial pretrial conference in this matter is adjourned to **Friday, June 9, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 7, are due on **June 1, 2023**.

SO ORDERED.

*[signature]*  04/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE